*In re* BONNIE S. GARCÍA ALVARADO.

*Número:* TS-12424          *Resuelto:* 17 de diciembre de 2004

*Bonnie S. García Alvarado*, peticionaria.

## RESOLUCIÓN

Examinada la Solicitud de Reactivación al Ejercicio de la Abogacía y Activación a la Notaría, presentada por la Sra. Bonnie García Alvarado, se le reinstala al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Subsecretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez no intervinieron.

*(Fdo.)* María I. Colón Falcón
*Subscretaria del Tribunal Supremo*